# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| BETTYE L. EVANS, | ) |
|     Plaintiff, | ) |
|     v. | ) Cause No.: 3:07-CV-290-TLS-CAN |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) |
|     Defendant. | ) |

## ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Christopher A. Nuechterlein [DE 20] regarding the Plaintiff's complaint in this Court seeking a review of the Administrative Law Judge's final decision. The case was referred to the magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B), Federal Rule of Civil Procedure 72(b), and Northern District of Indiana Local Rule 72.1(d)(1).

No objections have been filed to the magistrate judge's Report and Recommendation, and the time for filing such objections under Federal Rule of Civil Procedure 72(b) has expired. Therefore, the Court ADOPTS the Report and Recommendation [DE 20] in its entirety.

The Administrative Law Judge's final decision is REVERSED and REMANDED to the Commissioner for proceedings consistent with the magistrate judge's opinion.

SO ORDERED on June 2, 2008.

        s/ Theresa L. Springmann
        THERESA L. SPRINGMANN
        UNITED STATES DISTRICT COURT
        FORT WAYNE DIVISION